## DICK DRIGGERS v. STATE.

No. A-7414. Opinion Filed May 31, 1930.
(288 Pac. 1115.)

Ray & Thomas, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted in the county court of Comanche county on a charge of transporting intoxicating liquor and was sentenced to pay a fine of $200 and to serve 60 days in the county jail.

The appeal is by transcript. Judgment was rendered in February, 1929, and the appeal was lodged in this court in June, 1929. No briefs in support of the appeal have been filed. An examination of the record discloses no material error.

The case is affirmed.